IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| HARLEY LEWIS, | * |
| Plaintiff, | * |
| v. | Case No. 3:22-cv-109-CAR |
| | * |
| CITY OF MONROE; JOHN HOWARD, in his official capacity as Mayor of City of Monroe; ROBERT WATTS, in his official capacity as Chief of Police of City of Monroe; and JOSHUA DAVID REYNOLDS, | * * * |
| Defendants. | |

## **JUDGMENT**

Pursuant to this Court's Order dated August 9, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 9th day of August, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk